IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Nos. DKC 24-198-1 |
| | :                      DKC 13-512-4 |
| MARLOW BATES | : |
| | : |

**ORDER**

The court has been advised that Mr. Bates was involved in a serious motor vehicle accident while travelling to FCI Elkton to self-surrender. Recognizing the exigent circumstances and that Mr. Bates does not present a danger to the community, a one-week extension of the self-surrender date will be granted. Counsel for the government was unable to be reached prior to the filing of this order. Accordingly, it is this 22nd day of September, 2025, by the United States District Court for the District of Maryland, ORDERED that:

1. The Bureau of Prisons is DIRECTED to extend Mr. Bates' self-surrender date to no earlier than Monday, September 29, 2025;

2. Mr. Bates shall surrender, at his own expense, to FCI Elkton; and

3. The Clerk IS DIRECTED to provide a copy of this Order to counsel of record, to FCI Elkton, and to the U.S. Marshal.

_____
DEBORAH K. CHASANOW
United States District Judge